PROB. 12B
(7/93)

ORIGINAL

# United States District Court

for the

## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 17 2008

at ___ o'clock and __ min. __ M.
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: RAMBEAU GAHAN            Case Number: CR 02-00053HG-02

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                       Chief U.S. District Judge

Date of Original Sentence: 1/24/2003

Original Offense:   Count 1: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE IN EXCESS 500 GRAMS OR MORE OF METHAMPHETAMINE AND 5 KILOGRAMS OR MORE OF COCAINE, in violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class A felony

Original Sentence:   Seventy-five (75) months imprisonment followed by five (5) years of supervised release with the following special conditions: 1) That the defendant is prohibited from possessing any illegal or dangerous weapons; 2) That the defendant shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; and 3) That the defendant provide the Probation Office access to any requested financial information. The subject was also ordered to pay a $5,000 fine.

Type of Supervision:  Supervised Release   Date Supervision Commenced: 12/21/2007

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

   *Mandatory Condition:*   *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.*

> 2.  *That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.*

## CAUSE

On 12/21/2007, the subject began his term of supervision under the U.S. Probation Office, District of Hawaii. During his processing, the subject was referred for substance abuse treatment and random drug testing at Freedom Recovery Services, Honolulu, Hawaii. Despite actively participating in all modules of treatment, the subject failed to submit to drug testing on 3/9/2008 and 6/1/2008. After each date, the subject reported to the U.S. Probation Office on the following day and submitted urine specimens that tested negative for illicit substances. He also apologized for his irresponsible behavior and agreed to comply with all treatment requirements. It is noted that the subject has complied with his other conditions of supervision to include paying off his entire fine balance of $5,000, maintaining full-time employment, submitting timely monthly supervision reports, and following the instructions of this officer.

Pursuant to *U.S. vs. Stephens*, the Violent Crimes Control Act (VCCA) testing condition imposed at sentencing limits the Probation Office to three non-treatment related drug tests. In order to ensure that the subject does not reinvolve himself in substance abuse, the recommended modification of his VCCA condition will enable the Probation Office to monitor the subject throughout his term of supervision. The subject has consented to the modification of his VCCA condition. In addition, the subject has also agreed to a modification to Special Condition No. 2 which prohibits the consumption of alcohol while participating in substance abuse treatment.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject also agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

CARTER A. LEE
U.S. Probation Officer

Approved by:

PETER D. YOSHIHARA
Supervising U.S. Probation Officer

Date: 6/10/2008

Prob 12B
(7/93)

3

THE COURT ORDERS:

[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
HELEN GILLMOR
Chief U.S. District Judge

_____6-16-08_____
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]    To extend the term of supervision for   years, for a total term of   years.
[ X ]  To modify the conditions of supervision as follows:

Mandatory Condition:    *That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision.*

2.    That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

Witness: _____    Signed: _____
               CARTER A. LEE                             RAMBEAU GAHAN
               U.S. Probation Officer                     Supervised Releasee

_____
Date